[No. 54510-8-I. Division One. June 13, 2005.]

THE STATE OF WASHINGTON, *Respondent*, v. JEREMY ROBINSON, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 04-1-11134-6, Deborah D. Fleck, J., entered June 15, 2004. *Affirmed* by unpublished per curiam opinion.

[No. 54550-7-I. Division One. June 13, 2005.]

THE STATE OF WASHINGTON, *Respondent*, v. MANUEL LOPEZ-LOPEZ, *Appellant.*

Appeal from a judgment of the Superior Court for Skagit County, No. 03-1-00450-1, John M. Meyer, J., entered March 4, 2004. *Reversed* by unpublished per curiam opinion.

[No. 54604-0-I. Division One. June 13, 2005.]

THE STATE OF WASHINGTON, *Respondent*, v. RICKY LEWIS, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 93-1-00612-4, Laura Gene Middaugh, J., entered July 17, 2004. *Affirmed* by unpublished per curiam opinion.

[No. 54651-1-I. Division One. June 13, 2005.]

VI ARPRYAZHKA, *Appellant*, v. THE EMPLOYMENT SECURITY DEPARTMENT, *Respondent.*

Appeal from a judgment of the Superior Court for Snohomish County, No. 03-2-05780-9, Ronald L. Castleberry, J., entered April 23, 2004. *Affirmed* by unpublished opinion per Ellington, A.C.J., concurred in by Baker and Appelwick, JJ.